# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NGOC LAM CHE,<br><br>        Plaintiff,<br><br>   v.<br><br>LEE'S SANDWICH CORPORATION,<br><br>        Defendant. | Case No. 15-cv-02140-BLF<br><br>**ORDER SUBMITTING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES FOR DECISION WITHOUT ORAL ARGUMENT; AND VACATING HEARING SET FOR OCTOBER 29, 2015** |

The Court has determined that Plaintiff's motion to strike affirmative defenses (ECF 11) is appropriate for decision without oral argument. *See* Civ. L.R. 7-1(b). Accordingly, the motion is hereby SUBMITTED and the hearing set for October 29, 2015 is VACATED.

**IT IS SO ORDERED.**

Dated: October 26, 2015

_____
BETH LABSON FREEMAN
United States District Judge