1 | ASCENSION LAW GROUP
PAMELA TSAO (266734)
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff NGOC LAM CHE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| NGOC LAM CHE, an individual | Case No.: 5:15-cv-02140-BLF |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| LEE'S SANDWICH CORPORATION, a California corporation; and DOES 1 through 10, | [Assigned to Hon. Beth Labson Freeman] |
| Defendants. | |

|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| ... |
| 28 |

Pursuant to the parties' "Stipulation of Voluntary Dismissal With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated _____        _____
                                    Hon. Beth Labson Freeman
                                    Judge, United States District Court,
                                    Northern District of California